COMMONWEALTH of Pennsylvania,
Respondent

v.

Ernest SIMMONS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 17, 2013.

### ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the evidence presented at the probation violation hearing sufficed to prove by a preponderance of the evidence the violation of probation, *viz*, the general condition of refraining from assaultive behavior, inasmuch as the threats were not communicated to the object, nor was any action taken to implement the threats.

Allan BOWMAN

v.

WORKERS' COMPENSATION APPEAL BOARD (HITACHI METALS AUTOMOTIVE AND ZURICH INSURANCE COMPANY).

Petition of Hitachi Metals Automotive & Zurich Insurance Company.

Supreme Court of Pennsylvania.

Sept. 18, 2013.

### ORDER

PER CURIAM.

AND NOW, this 18th day of September, 2013, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application for Stay and Application to Amend Petition for Allowance of Appeal are also **DENIED**.